AO 440 (Rev. 10/93) Summons in a Civil Action 08-970

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 3/21/08 |
|---|---|
| NAME OF SERVER (PRINT) James F Mallinson | TITLE RI Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate Service accepted by.... Robin Drass VP at Davol Inc, 100 Sockanossett Crossroad, Cranston, RI.

FILED
APR 0 7 2008
MICHAEL E. KUNZ, Clerk
By__________ Dep. Clerk

## STATEMENT OF SERVICE FEES

| TRAVEL — | SERVICES — | TOTAL — |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/21/08
Date

James F Mallinson 6174
Signature of Server

c/o Dennis Richman's Services
1500 JFK Blvd, Ste 1706
Phila PA 19102
Address of Server 215-977-9393

X [signature]
Robin Brass VP

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

3059

08-970

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/20/08 |
| NAME OF SERVER *(PRINT)* Thomas Crean, Jr. | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

FILED
APR 0 7 2008
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

☐ Returned unexecuted:

☒ Other (specify): Service of Summons & Complaint upon C.R. Bard, Inc. at 730 Central Ave., Murray Hill, NJ were accepted by Jean Miller, Asst. Legal Secretary.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/20/08
Date

*Signature of Server*

Dennis Richman's SErvices
1500 JFK Blvd., ste. 1706, Phila., PA 19102

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.