SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:08−cv−00970−PD

LENTZ v. C.R. BARD, INC. et al
Assigned to: HONORABLE PAUL S. DIAMOND
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 02/26/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**ROBERT C. LENTZ**

represented by **DANIEL N. GALLUCCI**
RODA &NAST PC
801 ESTELLE DRIVE
LANCASTER, PA 17601
717−892−3000
Email: dgallucci@rodanast.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. BARD, INC.**

**Defendant**

**DAVOL, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2008 | " 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 946232.), filed by ROBERT C. LENTZ.(ks, ) (Entered: 02/26/2008) |
| 02/26/2008 | " | 2 Summonses Issued as to C.R. BARD, INC., DAVOL, INC.. Forwarded To: Counsel on 2/26/08 (ks, ) (Entered: 02/26/2008) |
| 02/26/2008 | " | DEMAND for Trial by Jury by ROBERT C. LENTZ. (ks, ) (Entered: 02/26/2008) |
| 04/07/2008 | " 2 | SUMMONS Returned Executed by ROBERT C. LENTZ served Summons and Complaint upon C.R. BARD, INC., DAVOL, INC. C.R. BARD, INC. served on 3/20/2008, answer due 4/9/2008; DAVOL, INC. served on 3/21/2008, answer due 4/10/2008. (fdc, ) (Entered: 04/07/2008) |
| 04/22/2008 | " 3 | Certified Copy of Conditional Transfer Order (CTO−16) from the Judicial Panel on MDL. Re: These actions are transferred to the District of Rhode Island. (fdc) (Entered: 04/22/2008) |
| 04/22/2008 | " | Case Transferred to US District Court District of Rhode Island pursuant to CTO−16. (fdc, ) (Entered: 04/22/2008) |